# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00648-CR

**Melissa Lynn Schmalhorst, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
### NO. 2019CR1641, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Melissa Lynn Schmalhorst has filed a motion to dismiss this appeal. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.2.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellant's Motion

Filed: February 2, 2024

Do Not Publish